**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

**IN RE**

**ELIZABETH ANN DUFF** **CASE NO. 10-51936**

**DEBTOR(S)**

# ORDER TO SHOW CAUSE

For failure to comply with an order of the court [ECF No. 73], RBS Citizens is directed to appear and show cause before the court at 9:30 a.m. on May 4, 2017 at US Bankruptcy Court, Chapter 13 Courtroom, 100 E Vine Street, Lexington, KY, as to why sanctions should not be imposed.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**

**Signed By:**
***Gregory R. Schaaf***
**Bankruptcy Judge**
**Dated: Tuesday, April 11, 2017**
**(grs)**