**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

**IN RE**

**ELIZABETH ANN DUFF**

**CASE NO. 10-51936**

**DEBTOR(S)**

**ORDER**

It is ORDERED that the Order scheduling hearing [ECF No. 74] is REMANDED, and the hearing scheduled for May 4, 2017 is STRICKEN from the Court's docket.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**

**Signed By:**
***Gregory R. Schaaf***
**Bankruptcy Judge**
**Dated: Friday, April 28, 2017**
**(grs)**